# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL E. CASTILLON, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATRIA SENIOR LIVING, INC.; and DOES 1 through 10.<br>Defendants. | Case No.: 15-CV-00009-CJC (AN)<br><br>**ORDER RE DISMISSAL** |

Good cause having been shown, the Court orders that Plaintiff's claims are hereby dismissed in their entirety without prejudice with each party to bear its own respective costs and fees.

Dated: January 28, 2015

_____
United States District Judge

ORDER RE DISMISSAL